EDWARD STONE, 9042
3115 E Lion Lane, Suite 160
Holladay, Utah 84121
(435) 647-6775
edward@stonelawfirm.net

DAVID LASSETTER, 15884
3115 E Lion Lane, Suite 160
Holladay, Ut 84121
(435) 647-6775
dave@stonelawfirm.net

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MISIONA PATANE et al.,<br>Defendant. | **MOTION FOR REVIEW OF MAGISTRATE'S ORDER OF DETENTION**<br><br>Case No. 2:21-cr-00519-HCN |

Misiona Patane, pursuant to 18 U.S.C. 3145(b) and Local Rule of Criminal Procedure 57-16, hereby appeals the orders of detention entered by Magistrate Judge Jared C. Bennett on December 22nd and December 29th, 2021, detaining Mr. Patane until his trial.

Pursuant to 18 U.S.C. § 3145(b), "[i]f a person is ordered detained by a magistrate judge…the person may file with the court having original jurisdiction over the offense, a motion or revocation or amendment of the order." *18 U.S.C. § 3145(b).* A defendant's motion for review of a detention order "shall be determined promptly." *Id.* The standard of review over such detention orders is *de novo*. *See United States v. Kelsey*, 82 Fed. Appx. 652, 653 (10th Cir. 2003) (discussing the district court *de novo* redetermination of the issue of detention after magistrate

judge's denial of defendant's release on bail); *United States v. Gonzales*, 149 F.3d 1192 (Table), 1998 WL 321218, at *1 (10th Cir. 1998) (referring to the district court *de novo* review of a magistrate judge's detention order); DUCrimR 57-16(a)(1).

    With this in mind, Mr. Patane requests that this Court set this case for a hearing on his motion.

    RESPECTFULLY SUBMITTED on January 10, 2022.


                                                                     ____/s/David Lassetter_____
                                                                       Attorney for Defendant


                                                                     ____/s/Edward Stone_____
                                                                       (Signed with Permission by David Lassetter)
                                                                       Attorney for Defendant